**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JULIA E. WRIGHT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 050324 (RMU) |
| ) | |
| **WILLIAM N. HERMAN and** ) | |
| **ERIC T. MAY** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION AND SUPPORTING MEMORANDUM**
**TO DENY DEFENDANTS' MOTION TO DISMISS**
**WITHOUT PREJUDICE OR IN THE ALTERNATIVE**
**FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION**

Plaintiff has filed a companion motion seeking leave to file an amended and supplemental complaint. Defendants previously filed a motion to dismiss the complaint. If Plaintiff's motion is granted, the current complaint will be superseded and Defendants' motion to dismiss will become moot. Accordingly, Plaintiff, by her counsel, moves for an Order denying Defendants' pending motion to dismiss without prejudice. In the alternative, if the Court denies Plaintiff's motion to amend and supplement her complaint, Plaintiff seeks an Order extending the due date for filing her opposition to Defendants' motion to dismiss to five days from the date on which the Court denies her motion. Plaintiff's reasons and legal authority for the relief requested are set forth below.

Plaintiff's counsel has conferred with Defendants' counsel, pursuant to Local Rule 7(m), and has been advised that Defendants will not consent to this motion.

**ARGUMENT**

It is settled law that an amended complaint supersedes the pleading it modifies and becomes the operative complaint. Washer v. Bullitt County, 110 U.S. 558, 562 (1884) ("When a petition is amended by leave of the court the cause proceeds on the amended petition"); National City Mortgage Co. v. Navarro, 220 F.R.D. 102, 106 (D.D.C. 2004); Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); Anderson v. USAA Cas.Ins. Co., 218 F.R.D. 307, 311 (D.D.C. 2003).

Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, dated March 28, 2005, pertains to Plaintiff's First Amended Complaint, dated March 10, 2005.  If the Court grants Plaintiff's motion to amend and supplement her complaint, Defendants' motion will seek the dismissal of a pleading that has been superseded.  In such circumstances, the pending motion to dismiss should be denied without prejudice to Defendants' right to renew their motion in response to Plaintiff's Second Amended and Supplementary Complaint. Bancoult v. McNamara, 214 F.R.D 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint"); National City Mortgage, 220 F.R.D. at 106; Adams 219 F.R.D. at 197; Anderson, 218 F.R.D. at 311.

Alternatively, Plaintiff respectfully requests that if the Court denies her motion to amend and supplement the complaint that the date on which her opposition is due be extended to five days after the date on which her motion is denied.  Plaintiff's opposition is currently due on April 29, 2005 pursuant to this Court's Order, dated April 7, 2005.  Federal Rule of Civil Procedure 6(b) permits the Court to enlarge the time for responding

to a motion for "cause shown" if the request is made before the expiration of the period extended by a previous order.  See also, Wilson v. Prudential Financial, 218 F.R.D. 1, 3 (D.D.C. 2003).   Rather than burdening the Court with a pleading that may become moot, the most practical and efficient course is for Plaintiff to defer responding until the Court rules on her motion to amend and supplement her complaint.

## CONCLUSION

For the foregoing reasons, Plaintiff asks that the Court deny Defendants' motion to dismiss the complaint without prejudice.  In the alternative, if the Court denies Plaintiff's companion motion to amend and supplement the complaint, Plaintiff requests that the date for filing her opposition to Defendants' motion to dismiss be extended until five days after the date that the Court denies Plaintiff's companion motion.

Respectfully submitted,


_____s/s_____
Stephen H. Marcus, Esq.
D.C. Bar No. 394419
1050 17th Street, N.W.
Suite 600
Washington, D.C.  20036
Ph: 202-776-0651

Counsel for Plaintiff Julia E. Wright


April 29, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JULIA E. WRIGHT**     )<br>                           )<br>           **Plaintiff,**   )<br>                           )<br>      v.                   )<br>                           )<br>                           )<br>**WILLIAM N. HERMAN, et al.** )<br>                           )<br>           **Defendants.** )<br>                           ) | **Civil Action No. 1:05CV00324**<br>**The Honorable Ricardo M. Urbina** |

## ORDER

Upon consideration of Plaintiff's Motion To Deny Defendants' Motion To Dismiss The Complaint Or, In The Alternative, For Summary Judgment, dated March 28, 2005, Without Prejudice, it is this ___ day of _____, 2005, hereby ORDERED that the aforesaid motion is granted.

_____
Judge Ricardo M. Urbina

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that I served the following counsel with the foregoing Motion To Deny Defendants' Motion to Dismiss Without Prejudice by filing the motion on the U.S. District Court for the District of Columbia's Electronic Case Filing System:

    Roger C. Simmons, Esq.
    Gordon & Simmons
    131 West Patrick Street
    P.O. Box 430
    Frederick, MD  21705

            _____/s/_____
            Stephen H. Marcus